

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 19, 2025

_____
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: | Bankruptcy Case №: 24-80058-11 (SGJ) |
| BUCA TEXAS RESTAURANTS, L.P., et al.<br>Debtors, | |
| LISA D. SNYDER, and FREDERICK T. SNYDER, her husband<br>Plaintiffs,<br>v.<br>BUCA, INC., individually and t/d/b/a BUCA DI BEPPO<br>Defendant. | Civil Case № 2:23-cv-1308 |

### ORDER OF COURT

It is hereby ORDERED, ADJUDGED, and DECREED that the "Motion of Creditor Lisa D. Snyder and Frederick T. Snyder for Relief From Stay as to Pending Litigation Against Buca, Inc." filed on June 19, 2025 and docketed as Document 583 is GRANTED as set forth herein. The

movants acknowledge and stipulate that they will only seek any applicable insurance coverage(s) available from the Debtors following the relief from stay and nothing herein:

(i) alters, amends or otherwise modifies the terms and conditions of any allegedly applicable insurance policy, any related agreements, or of any claim services agreements;

(ii) relieves the Debtors of any obligations to pay any retentions or to pay (or reimburse an insurer or third-party administrator for) any deductibles, *provided* that any recovery by the movants of any retentions, or any reimbursements to an insurer or third-party administrator for any deductibles will be in the form of and limited to an unsecured claim in this bankruptcy estate;

(iii) relieves the Debtors of any of their obligations under any allegedly applicable insurance policy, any related agreements, or any claim services agreements;

(iv) creates or permits a direct right of action by any claimant against any of the Debtors insurers;

(v) precludes or limits, in any way, the rights of any insurer to contest and/or litigate the existence, primacy and/or scope of available coverage under any allegedly applicable policy or to otherwise assert any defenses to coverage;

(vi) constitutes a determination or admission that coverage exists with respect to any claims or an interpretation of the coverage under any applicable insurance policy; or

(vii) relieves the movants from the obligation, if any, to file a proof of claim.

For the avoidance of doubt, the automatic stay is lifted, if and to the extent applicable, to allow, but not to require, the Debtors' insurers and third-party administrators to administer, handle, defend, settle, and or pay the claimants' claims (and any costs related thereto) subject to and in

accordance with the terms of any applicable insurance policies, any related agreements, or any claim services agreements.

# # # END OF ORDER # # #

Prepared by:
Michael E. Metro, Esq.
Villanova Law Offices, P.C.
16 Chatham Square
Pittsburgh, PA 15219
Phone: +1 (412) 471-1933
Fax:   +1 (412) 471-2733
villanova.law.offices@gmail.com