

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 27, 2025**

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BUCA TEXAS RESTAURANTS, L.P., *et al.*,[1] | § | Case No. 24-80058 (SGJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | |

## ORDER AUTHORIZING TRUSTEE'S MOTION TO SELL PROPERTY OF ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES

On this day came on for consideration, the Trustee's Motion to Sell Property of the Estate Free and Clear of Liens and Encumbrances filed and served on all interested parties on August 25, 2025. The motion seeks a sale free and clear of liens with any liens to attach to the proceeds of the sale. The Court notes that no objection to the sale has been timely filed and served upon the

---

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtors' federal tax identification number are as follows: BUCA Texas Restaurants, L.P. (3262); BUCA Texas Beverage, Inc. (3995); BUCA C, LLC (8220); BUCA Sales & Marketing, LLC (4258); BUCA Investments, Inc. (5575); BUCA Restaurants, Inc. (9725); BUCA Restaurants 2, Inc. (2187); BUCA (Celebration), LLC (3412); BUCA (Ex), LLC (3092); BUCA (Minneapolis), Inc. (2474). The Debtors' principal offices are located at 4700 Millenia Boulevard, Suite 400, Orlando, Florida 32839.

Trustee and finds that the estate will be best served by selling the property.   It is, therefore,

**ORDERED** that Robert Yaquinto, Jr., Chapter 7 trustee, is authorized to sell the liquor permit located in Indianapolis, Indiana, Marion County, commonly known as an Indiana Alcohol & Tobacco Commission Type 209 Beer, Wine, and Liquor Restaurant Retailer Permit #RR49-18212 (the "License").   The sale shall be free and clear of liens and encumbrances with any liens or encumbrances to attach to the proceeds of the sale.   It is further

**ORDERED** that the Trustee is authorized to enter into an Agreement for Transfer of Liquor Permit with S&EP LLC ("Purchaser"), attached to the Motion as Exhibit A (the "Purchase Agreement"), pursuant to which the Trustee will sell the License to Purchaser for the purchase price of $50,000, payable as follows:

   a.   $5,000 to be deposited in escrow with Sherman & Yaquinto, L.L.P. and paid in accordance with the Purchase Agreement; and

   b.   $45,000 to be deposited with Sherman & Yaquinto, L.L.P. 5 business days prior to any hearing on this motion to sell and payable to the Trustee at Closing (as defined herein).

It is further

**ORDERED** that the sale of the liquor license requires, and is contingent upon, the approval of the Indiana Alcohol & Tobacco Commission and the Marion County Alcoholic Beverage Board, which is expected to be obtained by the Purchaser within 120 days of the date of the Purchase Agreement.   The closing of the purchase and sale of the License shall take place in accordance with the terms of the Purchase Agreement within 3 business days after Purchaser secures those approvals (or any later date to the extent permitted under the Purchase Agreement) (the "Closing").   It is further

**ORDERED** that at Closing, $5,000 of the sales proceeds received by the estate shall be paid to Bradford & Riley, Inc., the Trustee's broker, for the compensation due to it under the Exclusive Listing Agreement entered into with the Trustee.   It is further

**ORDERED** that the requirements of Bankruptcy Rule 6004(h) are waived and this sale shall be effective immediately upon the entry of this order with consummation of the sale to occur upon the approval by the Indiana & Commission and the Marion County Alcoholic Beverage Board in accordance with the terms of the Purchase Agreement. It is further

**ORDERED** that the gross purchase price shall be used in calculating trustee's commission. It is further

**ORDRERED** that the Purchase Agreement may be modified, amended, or supplemented by the parties without further order of the Court, provided that such modification, amendment, or supplement does not materially alter the terms of the Purchase Agreement or the estate's rights thereunder.   It is further

**ORDERED** that Robert Yaquinto, Jr., trustee, is authorized to execute all documents and undertake such other actions as may be necessary to effectuate the sale and transfer of the property.

# # # END OF ORDER # # #

**SUBMITTED BY:**

Robert Yaquinto, Jr.
State Bar No. 22115750
Nicholas Gurguis
State Bar No. 24106036
SHERMAN & YAQUINTO, LLP
509 N. Montclair Avenue
Dallas, TX   75208
(214) 942-5502    (214) 946-7601 fax
**ATTORNEYS FOR CHAPTER 7 TRUSTEE**