

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed October 21, 2025

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BUCA TEXAS RESTAURANTS, L.P., | § | Case No. 24-80058-SGJ-7 |
| | § | |
| Debtor. | § | |

### CONSENT ORDER ABATING SYSCO CORPORATION
### AND EDWARD DON & COMPANY'S ADMINISTRATIVE
### EXPENSE APPLICATION PURSUANT TO 11 U.S.C. § 503(B)(9)

On September 25, 2024, Sysco Corporation ("Sysco"), and Edward Don & Company ("DON" and with Sysco, the "Claimants") filed their *Application for Allowance and Payment of an Administrative Expense Pursuant to 11 U.S.C. § 503(B)(9)* (the "Motion") [Docket No. 257] seeking allowance of administrative claims in the amount of $1,321,135.12 for Sysco and $178,213.34 for DON. The Claimants and Robert Yaquinto, Jr., the chapter 7 trustee appointed in the above-captioned case (the "Trustee," and with the Claimants, the "Parties") hereby consent to abate the Motion on the terms set forth herein, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant

to 28 U.S.C. § 157(b)(2); and considering the agreement to this Order by the Parties; and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that all related notices previously given by the Parties regarding this matter was appropriate under the circumstances and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor.  IT IS HEREBY GRANTED as follows:

1. The Motion is hereby ABATED.

2. All deadlines, hearings and other proceedings related to the Motion are STAYED pending further order of the Court.

3. Either party may move to lift the abatement and restore the Motion to the Court's active docket upon the filing of a motion setting forth a proposed scheduling order.

4. The Trustee is authorized to take all reasonable actions to effectuate the relief granted in this Order.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # End of Order # # #

**AGREED AS TO FORM AND CONTENT**:

By: /s/ *Robert Yaquinto, Jr.*
Robert Yaquinto, Jr. (TX Bar No. 22115750)
Nicholas Gurguis (TX Bar No. 24106036)
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
rob@syllp.com
nick@syllp.com

ATTORNEYS FOR TRUSTEE

-and-

By: /s/ *Paul M. Rosenblatt*
Aaron L. Hammer (IL No. 6243069)
*Admitted Pro Hac Vice*
**KILPATRICK TOWNSEND & STOCKTON LLP**
500 West Madison Street, Suite 3700
Chicago, IL 60661
Telephone:      (312) 606-3200
Facsimile:       (312) 606-3232
Email:            ahammer@ktslaw.com

Paul M. Rosenblatt (GA No. 314522)
**KILPATRICK TOWNSEND & STOCKTON LLP**
Telephone:      (404) 815-6321
Facsimile:       (404) 541-3373
Email:            prosenblatt@ktslaw.com

ATTORNEYS FOR SYSCO CORPORATION AND
EDWARD DON & COMPANY