Robert Yaquinto, Jr.
State Bar No. 22115750
Nicholas Gurguis
State Bar No. 24106036
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
ATTORNEYS FOR TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| BUCA TEXAS RESTAURANTS, L.P., *et al.*,[1] | § | Case No. 24-80058 (SGJ) |
| Debtors. | § | (Jointly Administered) |

# TRUSTEE'S REPORT OF SALE

Robert Yaquinto, Jr., the chapter 7 trustee ("Trustee") in this case, files this *Trustee's Report of Sale* and respectfully shows the following:

1. The Trustee is the duly qualified and acting Trustee in the above-styled bankruptcy case.

2. On November 14, 2025, the Trustee filed the *Motion to Sell Property Free and Clear of Liens under Section 363(f)* (Liquor License in Livonia (Wayne County) Michigan) [Docket No. 603]. The sales price in the Purchase Agreement was $65,000 with $5000 to be deposited to the IOLTA account of Sherman & Yaquinto, LLP to be held in escrow and the balance of $60,000 paid at closing.

[1] The Debtors in these chapter 7 cases and the last four digits of each Debtors' federal tax identification number are as follows: BUCA Texas Restaurants, L.P. (3262); BUCA Texas Beverage, Inc. (3995); BUCA C, LLC (8220); BUCA Sales & Marketing, LLC (4258); BUCA Investments, Inc. (5575); BUCA Restaurants, Inc. (9725); BUCA Restaurants 2, Inc. (2187); BUCA (Celebration), LLC (3412); BUCA (Ex), LLC (3092); BUCA (Minneapolis), Inc. (2474). The Debtors' principal offices are located at 4700 Millenia Boulevard, Suite 400, Orlando, Florida 32839.

3. On January 23, 2026, the Court entered the *Order Granting Trustee's Motion to Sell Property of Estate Free and Clear of Liens and Encumbrances* [Docket No. 611].

4. On January 14, 2026, the Trustee received a wire in the amount of $5,000.00 to his firm trust account. An additional wire was received in the amount of $60,654.00 from Commercial Loan Servicing on May 21, 2026 including $654.00 to reimburse the bankruptcy estate a pro rata share for the cost of renewal.

Dated: August 25, 2026.

Respectfully submitted,

*/s/ Robert Yaquinto, Jr.*

**Robert Yaquinto, Jr.**
State Bar No. 22115750
**Nicholas Gurguis**
State Bar No. 24106036
SHERMAN & YAQUINTO, L.L.P.
509 N. Montclair Avenue
Dallas, TX 75208-5498
214/942-5502 Fax: 214/946-7601
rob@syllp.com; nick@syllp.com
ATTORNEYS FOR TRUSTEE

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the ***REPORT OF SALE*** was forwarded by electronic transmission or first class mail, postage prepaid, to the United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242, on this 25th day of August, 2026.

*/s/ Robert Yaquinto, Jr.*
**Robert Yaquinto, Jr.**